```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
   UNITED STATES OF AMERICA,              :     18cr325 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
   LAEL PARKER,                           :
                          Defendant.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On Friday, March 4, 2022, the Court required the defendant to participate in a mental health and drug treatment program, including inpatient treatment if that were assessed as necessary. On March 24, the Probation Department reported that the defendant was assessed as needing inpatient treatment.  It is hereby

ORDERED that the defendant enter and complete at least a 30-day inpatient rehabilitation program at Samaritan Daytop Village located at 88-83 Van Wyck Expressway, Jamaica, New York 11435.

Dated:    New York, New York
          March 24, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge