```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    18Cr0325 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
LAEL PARKER,                              :
                      Defendant.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record, it is hereby

ORDERED that the defendant shall attend intensive outpatient therapy, beginning April 12, 2022, as directed by Probation.

IT IS FURTHER ORDERED that the defendant shall report on Friday, April 15, 2022, to a halfway house as directed by Probation for a term of 3 months.

SO ORDERED:

Dated:   New York, New York
         April 8, 2022

                                          _____
                                               DENISE COTE
                                          United States District Judge