# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2022

**BY ECF AND EMAIL**
Honorable Denise L. Cote
United States Circuit Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: **United States v. Lael Parker**
    **18 Cr. 325 (DLC)**

Dear Judge Cote:

> *Denied. Defense counsel may renew this application by submitting a police report confirming the existence of the auto accident and identifying where the defendant will receive therapy.*
> *Denise Cote 5/17/22*

This letter is respectfully submitted on behalf of my client Lael Parker, to request that the Court permit Mr. Parker to leave the Halfway House in order to receive physical therapy treatment subject to the approval of his Probation Officer, Jacquinta Mitchell.

On April 8, 2022, Your Honor ordered Mr. Parker to enter a Halfway House and to receive intensive outpatient therapy. As the Court may recall, there were discussions about Mr. Parker's recent automobile accident and the physical therapy recommended as a result of injuries suffered in the accident. We request that the Court allow Mr. Parker to attend physical therapy pursuant to a schedule approved by Probation.

Respectfully,

Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE DENISE COTE**
United States District Judge

cc: Adam Hobson, Esq.,
    Assistant United States Attorney

    Jacquinta Mitchell, USPO