# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2022

**BY ECF AND EMAIL**
Honorable Denise L. Cote
United States Circuit Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   **United States v. Lael Parker**
      **18 Cr. 325 (DLC)**

Dear Judge Cote:

   This letter is respectfully submitted on behalf of my client Lael Parker, to request that the Court permit Mr. Parker to leave the Halfway House on the weekend with a 12 hour pass so that he may visit his family.

   On April 8, 2022, Your Honor ordered Mr. Parker to enter a Halfway House and to receive intensive outpatient therapy. Mr. Parker has been in the Halfway House for the past 45 days on his 90 day commitment. It is my understanding that he has been attending all programs and seeking employment. He has tested negative for all drugs.

*Granted.*
*Denise Cote*
*5/31/22*

Respectfully,

Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE DENISE COTE**
United States District Judge

cc:   Adam Hobson, Esq.,
      Assistant United States Attorney

      Jacquinta Mitchell, USPO