```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :      18cr325 (DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
          -v-                           :
                                        :
LAEL PARKER,                            :
                                        :
               Defendant.               :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference regarding specifications of violation of supervised release scheduled for August 26 is adjourned to **September 1, 2022 at 2:00 PM** in Courtroom 18B.

SO ORDERED:

Dated:   New York, New York
         August 23, 2022

                              _____
                                     DENISE COTE
                              United States District Judge