```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr325(DLC)
                                         :
            -v-                          :    ORDER
                                         :
LAEL PARKER,                             :
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 1, 2022, defendant Lael Parker admitted to violating the terms of his supervised release on an underlying conviction for drug-dealing. Parker was sentenced on September 1, 2022 principally to an 11-month term of imprisonment, with no supervised release to follow. Parker is currently incarcerated at the Federal Correctional Institution, Ray Brook.

On March 3, 2023, the Court received a letter from Parker, dated February 26, challenging the calculation of his June 4, 2023 release date. Parker requests a recalculation of his release date to account for time spent at an RRC from April 21, 2022 to June 15, 2022. This request is not properly before this Court. Parker must raise his request for recalculation of his release date to the Bureau of Prisons. See 18 U.S.C. § 3582(c)(1)(A). The transcript of the September 1, 2022 sentencing, however, does not support Parker's request. While the Court and the parties discussed Parker's time in the RRC, there is no indication that the Court intended to have that time

reduce the 11-month term of imprisonment. Accordingly, it is hereby

ORDERED that the defendant's request for a recalculation of his release date is denied.

IT IS FURTHER ORDERED the Clerk of Court shall mail Parker a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         March 6, 2023

                                                DENISE COTE
                                United States District Judge